**MORGAN & MORGAN**

Via FedEx and Email
horacio.gutierrez@disney.com

Reply to Damien Prosser
Email: dprosser@forthepeople.com

July 15, 2025

Horacio Gutierrez, Esq.
Chief Legal and Compliance Officer
The Walt Disney Company
500 South Buena Vista Street
Burbank, CA 91521

Re:   Morgan & Morgan
      *"Steamboat Willie" TV and Digital Advertisement*

Dear Mr. Gutierrez:

I am a partner with Morgan & Morgan. As you are probably aware, Morgan & Morgan is the country's largest personal injury law firm, employing over 1,000 lawyers—licensed in all 50 states—and is well-known for its TV, digital and outdoor advertising.

I write to make The Walt Disney Company ("Disney") aware that Morgan & Morgan intends to air a new advertisement that is an adaptation of the 1928 animated short film "Steamboat Willie." A version of the advertisement (the "Advertisement") can be viewed at the following link: MM_SBW-4x5_FullRes_062425_v11.mp4

Morgan & Morgan intends to broadcast the Advertisement nationwide over television, online, and through social media channels.

The copyright on "Steamboat Willie" expired on January 1, 2024, and the property has, since that date, entered the public domain. We believe that the Advertisement does not violate any of the copyright rights that Disney originally enjoyed in and to the property. As you will also note, the Advertisement includes prominent disclaimers (visual and verbal) that make clear there is no affiliation between Morgan & Morgan, or the Advertisement, and Disney. We therefore maintain that there is no likelihood any reasonable viewer would believe the Advertisement promotes any Disney products or services, originates from Disney, is sponsored or approved by Disney, or is in any way related to Disney. In brief, we are confident that the Advertisement does not violate any copyright or trademark rights, or any other intellectual property rights, that Disney may currently claim in connection with "Steamboat Willie."

Notwithstanding Morgan & Morgan's belief that the Advertisement is perfectly lawful and does not violate Disney's intellectual property rights, Morgan & Morgan wanted to afford Disney an opportunity to voice any objections it may have prior to the airing of the Advertisement.

Specifically, if Disney deems that broadcasting the Advertisement would violate any of its intellectual property rights, please let us know promptly and advise us of the bases.

Due to the time constraints inherent to a nationwide advertising campaign, please provide a response by no later than July 30, 2025. In the interim, should you have any questions, please feel free to contact me.

Very truly yours,

*Damien H. Prosser*

Damien H. Prosser


cc: Rafael Ribeiro, Esq. (rafael.ribeiro@disney.com)