

Office of Counsel

July 29, 2025

**VIA ELECTRONIC MAIL**

Damien H. Prosser
Morgan & Morgan
20 North Orange Avenue
Suite 1600
Orlando, FL 32801
dprosser@forthepeople.com

    Re:    Morgan & Morgan "Steamboat Willie" TV and Digital Advertisement

Dear Mr. Prosser:

    I write to acknowledge receipt of your July 15, 2025 letter to Horacio Gutierrez, Senior Executive Vice President, Chief Legal and Compliance Officer, The Walt Disney Company. If you wish to have further communications on the issues raised in your letter, please send them to me.

    You refer to the expiration of the U.S. copyright in the motion picture *Steamboat Willie* (1928), as well as the fact that Disney continues to hold certain related trademark rights. Disney's policy is typically not to provide legal advice to third parties. Without waiver of any of its rights, Disney will not provide such advice in response to your letter.

                                                    Very truly yours,

                                                    Gloria Shaw

.

500 South Buena Vista Street, Burbank, California 91521

© Disney

Exhibit B