UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MORGAN GLOBAL, PLLC,

    Plaintiff,

v.                                              Case No: 6:25-cv-1795-JSS-LHP

DISNEY ENTERPRISES, INC.,

    Defendant.

_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07, I certify that the instant action:

_____   IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

X\_\_\_\_   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: September 29, 2025

By: Damien H. Prosser
MORGAN GLOBAL, PLLC

Damien H. Prosser
Florida Bar No.: 17455
20 N. Orange Ave.
Suite 1600
Orlando, Florida 32801 Telephone:
407.236.5974 Facsimile:
407.245.3349 dprosser@
forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2025, the foregoing document was filed via with the Court via CM/ECF, which provides service to all counsel of record.

/s/ Damien H. Prosser
Damien H. Prosser