# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MORGAN GLOBAL, PLLC,

    Plaintiff,                                 CASE NO. 6:25-cv-01795-JSS-LHP

vs.

DISNEY ENTERPRISES, INC.
    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff, Morgan Global, PLLC, gives notice of dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Defendant, Disney Enterprises, Inc., was not served and has not served an answer or motion for summary judgment. Accordingly, this action is dismissed without prejudice.

Date: November 12, 2025

                                                 Respectfully submitted by:

                                                 **MORGAN & MORGAN, P.A.**
                                                 **Business Trial Group**

                                                 */s/ Damien H. Prosser*
                                                 **Damien H. Prosser**
                                                 Florida Bar No. 17455
                                                 20 North Orange Avenue, Suite 1600
                                                 Orlando, Florida 32801
                                                 Telephone: (407) 420-1414
                                                 Facsimile: (407) 418-2048
                                                 DProsser@forthepeople.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on November 12, 2025, the foregoing documents were filed with the Court via CM/ECF, which provides service to all counsel of record.

               */s/ Damien H. Prosser*
               Damien H. Prosser